# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REGUGIO DAVALOS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:25-cv-00646-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF<br><br>(ECF No. 13) |

    Before the Court is the parties' stipulation for an extension of time in which Defendant may file a responsive brief. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through December 19, 2025, to file a responsive brief. The scheduling order (ECF No. 3) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **November 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge